# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCIA BARAN,<br><br>        Plaintiff,<br><br>v.<br><br>GARDEN OF LIFE, LLC.<br><br>        Defendant. | Case No. 3:20-cv-00315-CSH |

## STIPULATION FOR DISMISSAL

Plaintiff, MARCIA BARAN, and Defendant, GARDEN OF LIFE, LLC, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties, and;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: June 15, 2020

| | |
|---|---|
| BLOCK & LEVITON LLP | DAY PITNEY LLP |
| By: __/s/ Stephen J. Teti__<br>Stephen J. Teti (ct28885)<br>steti@blockesq.com<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110 | By: __/s/ Elizabeth A. Alquist__<br>Elizabeth A. Alquist (ct15643)<br>Woo Sin Sean Park (ct30074)<br>242 Trumbull Street<br>Hartford, CT 06103-1212 |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Stephen J. Teti, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 15th day of June, 2020.

                                                         */s/ Stephen J. Teti*
                                                          Stephen J. Teti